FILED

MAY 3 1 2022

CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

VARDA BURSTEIN AND SIMILARLY      §
SITUATED DIGITAL SECURITY         §
HOLDERS,                          §
                 PLAINTIFFS,      §
                                  §      CAUSE NO. 1:21-CV-793-LY
V.                                §
                                  §
AUTOLOTTO, INC. AND TONY          §
DIMATTEO,                         §
                 DEFENDANTS.

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court granted

Defendants' motion to dismiss. Accordingly, the court renders the following Final Judgment

pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this ___*31st*___ day of May, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE